**STATE of Missouri, Respondent,**

v.

**Anthony WALTERS, Appellant.**

**No. WD33563.**

Missouri Court of Appeals,
Western District.

Aug. 16, 1983.

Daniel P. Reardon, Jr., St. Louis, for appellant.

John Ashcroft, Atty. Gen., Nancy K. Baker, Asst. Atty. Gen., Jefferson City, for respondent.

Before WASSERSTROM, P.J., and KENNEDY and NUGENT, JJ.

### ORDER

PER CURIAM:

The jury found defendant guilty of robbery in the first degree, and the trial judge found him to be a persistent offender. Defendant appeals from the imposition of a 30 year sentence of imprisonment.

Affirmed under Rule 30.25(b).